In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00440-CR**

_____

**CHARLES LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-13342**

### MEMORANDUM OPINION

The trial court sentenced Charles Lee on a conviction for aggravated assault. Lee filed a notice of appeal. The trial court certified that this is a plea-bargain case and that the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The parties were notified that the appeal would be dismissed unless the appellant established grounds for continuing the appeal. The appellant filed a response, but did not establish grounds for continuing the appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

1

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered November 14, 2012
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.